To: Phillip J. Green
U.S. Magistrate Judge

Aug 5, 24

From: Rex Owen # 213493
48 26th Street
Allegan, MI
49010

**FILED - GR**
August 14, 2024 12:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB 8/15

**1:24-cv-841**
Robert J. Jonker
U.S. District Judge

I am asking the federal courts to take over my cases from the Holland courts in 2007 thru 2009, the Allegan cases from 2011, 2016, and 2021. I would also like to get a restraining order against the Allegan police department, Allegan county jail, Holland police department, and the Michigan State police so they can't put me in jail or in any Michigan Department of Corrections facility. I also ask that they return my phone or any other property that they take. I only need this in place until the federal courts have had a chance to investigate my cases. Please get back to me as soon as possible to let me know how to proceed with this action.

Thank You For Your Time in this Matter,

x Rex Owen

x REX OWEN

REX OWEN
48 = 26th ~~~~~ St,
ALLegan, MI, 49010

GRAND RAPIDS MI  493

12 AUG 2024  PM 1  L



TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT 399 Federal Building
110 Michigan N.W.
Grand Rapids Michigan 49503-2363

49503-236399